COMMONWEALTH of Pennsylvania, Petitioner

v.

Phillip DIMATTEO, Respondent

No. 693 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15ᵗʰ day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1) Whether the Superior Court panel decision is in conflict with the Supreme Court of Pennsylvania's decision in *Commonwealth v. Washington*, —— Pa. ——, 142 A.3d 810 (2016), decided July 19, 2016?

(2) Whether the Superior Court panel decision ordered inappropriate relief, in that, the panel vacated that portion of the plea defendant challenged and remanded for resentencing; if defendant is entitled to relief, *which he is not*, the appropriate relief would be to vacate the entire plea and remand the case for trial on all the original charges?